No. 98–6840. HUMPHREY v. REDMON. Sup. Ct. Mont. Certiorari denied.

No. 98–6841. DAY v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–6843. GASTER v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6844. FLOYD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 98–6845. HARRISON v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6846. FLOURNOY v. GLAZIER. C. A. 9th Cir. Certiorari denied.

No. 98–6851. GARCIA QUINTERO v. NORTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 98–6862. SIMPSON v. SIMPSON. Super. Ct. Cobb County, Ga. Certiorari denied.

No. 98–6865. STEIN v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 98–6867. PERRY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–6870. TAYLOR v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–6871. WARREN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–6872. WILLIAMS v. WALGREEN CO. C. A. 9th Cir. Certiorari denied.

No. 98–6884. KINDRED v. NORTHOME/INDUS. INDEPENDENT SCHOOL DISTRICT 363. C. A. 8th Cir. Certiorari denied.